John H. Kamman Company, Appellant, *v.* Frederic A. Delano et al., as Receivers of the Wabash Railroad Company, Respondents.

*Kamman Co.* v. *Delano*, 172 App. Div. 932, affirmed.

(Submitted June 5, 1918; decided July 12, 1918.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 2, 1916, affirming a judgment in favor of defendants entered upon a verdict. The plaintiff complained of damage to three carloads of meat consigned to it on account of freezing which is alleged to have occurred through the negligence of the defendants while the shipments were in their possession for transportation. The defense was that the freezing was the result of prevailing low temperatures during loading and transit and was not occasioned through any neglect of the carrier.

*August Becker* for appellant.

*John W. Ryan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Cuddeback, Hogan, Cardozo and McLaughlin, JJ.